ACCEPTED
03-15-00259-CV
5968036
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 4:18:57 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00259-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 4:18:57 PM
JEFFREY D. KYLE
Clerk

BECKY, LTD.,
Appellant
v.
THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
Appellees.

ON APPEAL FROM THE 126TH JUDICIAL
DISTRICT COURT OF TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-001293

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees, City of Cedar Park, Stephen Thomas, Matt Powell, Mitch Fuller, Lyle Grimes, Lowell Moore, Jon Lux, and Don Tracy, request this Court grant a two-week extension of time for filing Appellees' brief.

The current deadline for filing Appellees' brief is July 15, 2015. Appellees respectfully request a two-week extension to July 29, 2015. This extension request is not opposed.

There is good reason for filing this extension request. Appellees' counsel has had significant other responsibilities in other ongoing matters, including depositions and mediation, that have made it impossible to complete by the current deadline a brief in this case that would be helpful to the Court.

Appellees respectfully request an extension of time by two weeks to file their brief. This is the first extension requested by Appellees. This motion is not sought for undue delay, but so that Appellees have an adequate opportunity to thoroughly evaluate their points and provide the Court with a proper brief, and so that justice may be done.

## PRAYER

For these reasons, Appellees respectfully request that this Honorable Court extend Appellees deadline for filing its brief in this matter by two weeks from July 15, 2015 to July 29, 2015.

Respectfully submitted,

**BICKERSTAFF HEATH**
**DELGADO ACOSTA LLP**
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
(512) 472-8021 Telephone
(512) 320-5638 Facsimile

Cobby A. Caputo
State Bar No. 03784650
ccaputo@bickerstaff.com

By: /s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com

**ATTORNEYS FOR APPELLEES**

**<u>CERTIFICATE OF CONFERENCE</u>**

Counsel for Appellees have conferred with Appellant's counsel, who indicated that Appellant is not opposed to the two week extension requested by this motion.

/s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served via electronic filing service provider, email, facsimile, and/or Certified Mail Return Receipt Requested to all parties of record on this the 7th day of July, 2015.

Elizabeth G. Bloch
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4093
(512) 472-5456
(512) 479-1101 (FAX)
Heidi.bloch@huschblackwell.com

Leonard B. Smith
P.O. Box 684633
Austin, Texas 78768
(512) 914-3732
(512) 532-6446 (FAX)
lsmith@leonardsmithlaw.com

**ATTORNEYS FOR APPELLANT**

   /s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com